◾ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. REUBEN W. BLACK, Appellant.— In a *coram nobis* proceeding, defendant appeals from an order of the County Court, Nassau County, dated March 16, 1964, which denied without a hearing his application to vacate a judgment of said court rendered January 17, 1961 after a jury trial, convicting him of kidnapping (and other related crimes), and imposing sentence upon him as a second felony offender. The judgment of conviction, as amended by an order of said court, dated April 4, 1961, was previously affirmed by this court (18 A D 2d 719; mot. for lv. to app. to Court of Appeals den., cert. den. 375 U. S. 898). Order affirmed (*People* v. *Brown,* 13 N Y 2d 201; *People* v. *Howard,* 12 N Y 2d 65; *People* v. *Tomaselli,* 7 N Y 2d 350). Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.

◾ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. VICTOR GONZALEZ, Respondent.— Appeal by the People from an order of the Supreme Court, Kings County, dated March 23, 1964, which granted the defendant's motion to dismiss an indictment on the ground that the evidence before the Grand Jury was insufficient in law to warrant the finding of the indictment. Order reversed on the law; motion denied; and indictment reinstated. In our opinion, the evidence was such as to authorize the Grand Jury, in its judgment, to find that there was sufficient lawful evidence to justify the five-count indictment based on the violation of article 33 of the Public Health Law and section 1751 of the Penal Law, as applicable to the sale, possession and control of cannabis (*People* v. *Eckert,* 2 N Y 2d 126, 129; *People* v. *Carter,* 4 A D 2d 879; *People* v. *Cohen,* 20 A D 2d 801; *People* v. *Sweeney,* 213 N. Y. 37; *People* v. *Watford,* 19 A D 2d 731). Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.

◾ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES MYERS, Appellant.— In a *coram nobis* proceeding, defendant appeals: (1) from an order of the Supreme Court, Queens County, dated January 30, 1964, which denied without a hearing his application to vacate a judgment of the former County Court, Queens County, rendered December 13, 1961, after a nonjury trial, convicting him of grand larceny in the first degree, and imposing sentence; and (2) from an order of said court, made January 31, 1964 upon reargument, which adhered to the original decision. The judgment of conviction was previously affirmed by this court (19 A D 2d 860) and leave to appeal was denied on December 6, 1963 by a Judge of the Court of Appeals. Appeal from order of January 30, 1964 dismissed. That order was superseded by the later order of January 31, 1964, granting reargument. Order of January 31, 1964 affirmed. It appears that on May 28, 1962, an order had been entered by this court granting the defendant permission to dispense with printing and assigning counsel to prosecute his appeal from the judgment of conviction. Notice of this order was sent to defendant, but such notice apparently did not reach him. However, upon the appeal from the judgment, defendant was represented by assigned counsel and, in addition, he submitted his own brief. Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.